```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

Two Hands IP LLC,

                Plaintiff,

    - against -

Two Hands America, Inc. and ABC Corps. 1-100

                Defendants.

------------------------------------------------

21 Civ. 3855 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The plaintiffs should submit courtesy copies in hard copy of all papers filed in connection with the fully briefed motion for a preliminary injunction.

SO ORDERED.

Dated:    New York, New York
             August 24, 2021

                                      /s/ John G. Koeltl
                                         John G. Koeltl
                              United States District Judge