UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TWO HANDS IP LLC,

            Plaintiff,

  - against -

TWO HANDS AMERICA, INC. AND ABC CORPS. 1-100,

            Defendants.

21-cv-3855 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

On December 13, 2021, this Court granted the parties' request for a 25-day stay of this matter. ECF No. 35. That stay has now expired. The parties should provide the Court with an update on the status of this case by February __//__, 2022.

SO ORDERED.

Dated:   New York, New York
         February 2, 2021

                                      John G. Koeltl
                                 United States District Judge